IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMOND HEYWARD, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-207 |
| v. | |
| SAVANNAH POLICE DEPARTMENT, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 27, 2024, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 6.) Plaintiff's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** Plaintiff's unsigned Motion to Proceed in Forma Pauperis. (Doc. 2.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 30th day of January, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA